In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-18-00259-CV**
_____

**IN THE INTEREST OF J.P. AND A.A.**

**On Appeal from the County Court at Law**
**Polk County, Texas**
**Trial Cause No. CIV30562**

**MEMORANDUM OPINION**

The appellant filed a motion to dismiss this appeal. The motion is voluntarily made by the appellant prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed a notice of appeal. We grant the motion and dismiss the appeal.

APPEAL DISMISSED.

_____
LEANNE JOHNSON
Justice

Submitted on October 10, 2018
Opinion Delivered October 11, 2018

Before McKeithen, C.J., Horton and Johnson, JJ.